14284

BOYKIN, CONSERVATOR OF THE BANK OF CAMDEN v. SHANNON

(185 S. E., 926)

September, 1935.

*Messrs. Nelson, Mullins & Grier* and *Murdoch M. Johnson,* for appellant.

*Messrs. Wittkowsky & Wittkowsky,* for respondent.

April 27, 1936.

*Per curiam.*

The cardinal facts of this case and the procedure adopted are identical with the case of *Boykin, Conservator, v. Zemp,* reported in 179 S. C., 257, 184 S. E., 573.

It is admitted by respondent that the *Zemp case* just above referred to is controlling.

The judgment of the Circuit Court is reversed, and the complaint dismissed.